### WM. BRADSHAW v. A. WOODWARD.

**Exceptions, Bill of—When to Be Filed—Vacation.**

A bill of exceptions to be valid as such must be signed by the judge and filed during a term of the court and noted of record. The court has no power to authorize a bill of exceptions to be prepared and filed in vacation.

#### APPEAL FROM McLEAN CIRCUIT COURT.

November 8, 1871.

OPINION BY JUDGE PETERS:

This court has repeatedly held that a bill of exceptions to be valid, as such, must be signed by the judge and filed during a term of the court and noted of record, and that the circuit court has no power to authorize a bill of exceptions to be prepared and filed during vacation. *Sec. 364, Civ. Co.,* does not admit of such a construction. *Freeman v. Brenham,* 17 *Ben M.* 607. And many cases decided since.

As the bill of exceptions in this case was filed in vacation, we can not consider it for any purpose, and in the absence of a bill of exceptions must presume the rulings of the court below as correct.

Wherefore the judgment must be *affirmed.*

*Tanner, for appellant.*

*Boyd, for appellee.*